**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6340**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

STEVEN JAMES HALL, a/k/a Contourimpco,

          Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:08-cr-00015-MR-1)

Submitted:  August 25, 2020          Decided:  August 28, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steven James Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven James Hall appeals the district court's orders denying his motions for summary judgment and for default judgment in his criminal proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hall*, No. 1:08-cr-00015-MR-1 (W.D.N.C. Feb. 25, 2020; Feb. 28, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*